Arthur I. Willner, Esq. (SBN 118480)
Leader & Berkon LLP
777 S. Figueroa St., 35th Floor
Los Angeles, CA 90017
Tel.: (213) 234-1750
Fax: (213) 234-1747
awillner@leaderberkon.com

*Attorneys for Defendant American Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAHNNA LAVERNE, an individual, | Case No.: 2:14-cv-03538-AJW |
| Plaintiff, | **ORDER RE: DISMISSAL WITH PREJUDICE** |
| vs. | |
| AMERICAN AIRLINES, INC., a Delaware corporation, and DOES 1 through 10, inclusive, | |
| Defendant | |

Having considered the Parties' Stipulation for Dismissal with Prejudice, and finding good cause therefore,

IT IS HEREBY ORDERED that:

This case is dismissed with prejudice, each party being responsible for their own costs and attorneys' fees.

SO ORDERED.

Dated: September 30, 2015

_____
Honorable Andrew J. Wistrich